

**Charles P. Dickerson**
**Collision Engineering Associates, Inc.**
**2812 N. Norwalk, Suite 123**
**Mesa, AZ 85215**
**(480) 655-0399  telephone**
**(480) 655-0693  facsimile**

**CONSULTING ENGINEER**
January 1997 - Present

Provide engineering analysis in the area of land vehicle performance and safety:  crash investigation, crash reconstruction, vehicle handling and dynamics, occupant dynamics and kinematics, restraint system performance evaluation, restraint system usage determination, vehicle and component testing.

Provide trial and deposition testimony.

**EXPERIENCE**

April 1991 - December 1996
   Consulting Engineer
   Arndt & Associates, Ltd., Tempe, Arizona

   Provided engineering analysis in the general area of land vehicle performance and safety. This included investigation of vehicles and crash scenes, crash reconstruction, crashworthiness analysis, vehicle testing, occupant dynamics and kinematic analysis, restraint system evaluation for performance and usage, fuel containment system and postcrash fire investigations and analysis, provided trial and deposition testimony.

June 1988 - April 1991
   Research and Development Engineer
   Motorola Inc., Government Electronics Group, Scottsdale, Arizona

   Worked on Internal Research and Development programs.  Technologies on these programs related to radio frequency and infra-red target detecting devices (Fuzes). Primary responsibilities included high resolution radar analysis, monopulse seeker simulation, phase locked loop design and analysis, and infrared lazer application research. Design and management of field tests was included in job responsibilities.

February 1988 - June 1988
   Consultant

   Worked as a consultant to Arndt and Associates, Ltd. designing and implementing automobile tests and writing computer routines to perform data analysis.

January 1987 - January 1988
>Graduate Research Assistant
>Colorado State University, Ft. Collins, Colorado

>Was funded through a National Science Foundation grant to study electron transport in InP inversion layers.  Part of this project was to assemble a computer controlled data acquisition
>system for measuring minute electrical signals in solid state devices and to work with NCR (Ft. Collins) and Ford Microelectronics (Colorado Springs) in the packaging of InP and GaAs test structures.

December 1985 - January 1987
>Technician
>Specialized Mechanical Services, Scottsdale, Arizona

>Worked with composite aircraft structures.

September 1982 - December 1985
>Shop Foreman
>Arndt and Associates, Ltd., Tempe, Arizona

>Managed the engineering shop.  Duties included supervising workers and internal strategic planning for projects.  Also responsible for design and implementation of automobile tests.  Test experience included full scale crush facility fabrication, drop tower fabrication, and fabrication of numerous component level tests.  Specific experience included involvement in design and fabrication of roof crush, dynamic drop, and transmission characterization tests.

**EDUCATION**

B.S. in Electrical Engineering, Arizona State University, December 1986, Magna Cum Laude

Post Graduate Work, Colorado State University, 1987-1988

Post Graduate Work, Arizona State University, 2001 to present

**CONTINUING EDUCATION**

Engineering Training Program, Motorola Government Electronics Group, June 1988 - December 1988

Product Liability and the Engineer, Professional Development Program, Society of Automotive Engineers, February 1992

Automotive Vehicle Dynamics, Professional Development Program, Society of Automotive Engineers, April 1992

Vehicle Rollovers TOPTEC, Professional Development Program, Society of Automotive Engineers, September 1992

Bob Bondurant's School of High Performance Driving, February 1993

A Practical Hand-on Introduction of Suspension Analysis, Professional Development Program, Society of Automotive Engineers, May 1993

Vehicle Rollovers TOPTEC, An Update of Current Issues, Professional Development Program, Society of Automotive Engineers, August 1993

Biomechanics of Impact Trauma, Association for the Advancement of Automotive Medicine, October 1994

Sensor Design for Automobile Airbag Systems, Professional Development Program, Society of Automotive Engineers, January 1995

Short Course on the Application of DYNAMAN, sponsored by General Engineering and Systems Analysis Company, Inc. (GESAC), January 1995

Airbag Design and Performance TOPTEC, Professional Development Program, Society of Automotive Engineers, August 1997

Automotive Safety TOPTEC: Focus On The Child, Professional Development Program, Society of Automotive Engineers, October 1998

Passenger Car Rollover TOPTEC: Cause and Prevention, Professional Development Program, Society of Automotive Engineers, January 1999

Theoretical and Applied Vehicle Dynamics, Engineering Dynamics Corporation, January 2001

SATAI Spring Conference, 2003

Institute of Police Technology and Management, CDR Tool - User Certification Course, 2004

TEAM Arizona, MSF Experienced Rider Course, November 2004

SATAI Spring Conference 2005

Pedestrian Collision Reconstruction / Pedestrian Collision Vehicle Inspections / Motorcycle Reconstruction / Bicycle Crash Test Analysis / Changes & Updates to CDR's / Forensic Software Review / Reconstruction Animation, SATAI, November 2005

SATAI Summer Conference, 2006

SATAI Summer Conference, 2007

CDR Technician Course, 2008

CDR Data Analyst Course, 2008

SATAI Summer Conference, 2009

Monte Carlo Analysis Methods Applied to Crash Reconstruction / Vehicle Off-Tracking Applied to Vehicle Crash Reconstruction / Advanced Digital Photography for Accident Reconstruction / Using Garmin GPS in Heavy Trucks, SATAI, November 2010

PhotoModeler Collision Investigation Course, EOS Systems, Inc., Laughlin, NV, March 2011

Motor Vehicle Collisions & the Medical Examiner / Rollover Reconstruction Redux / Photogrammetry for Collision Reconstruction / Current Topics in Low Speed Crash Analysis, SATAI, March 2011

Sudden Acceleration Incidents / Data Acquisition Systems / Transportation Engineering / Bicycle Collision Reconstruction, SATAI, March 2012

CDR Technician Course, 2012

CDR Data Analyst Course, 2012

SATAI Summer Conference, 2012

FARO Focus 3D Training Class, July 2013

Motorcycle Crash Reconstruction, Northwestern University Center for Public Safety, Oro Valley, AZ, September 2013

Collision Crash Sequence #34 / Fundamentals of Video Analysis / Case Study Using Video Analysis / Momentum and Simultaneous Equations / Tire Forensics, SATAI, September 2013

MSF 3-Wheel Basic RiderCourse, TEAM AZ, 2014

Collision Crash Sequence #35 / Applied Physics & Rotational Mechanics / GM Ignitions / Rollover Analysis, SATAI, September 2014

Online Bosch CDR Technician, Institute of Police Technology and Management, Fall 2014

Practical Evidence Interpretation Revisited & COLM, Vectors & Kinematics / CRASH - Researching Stiffness Value / Motorcycle Collisions, SATAI, March 2015

Accessing and Interpreting Heavy Vehicle Event Data Recorders, Society of Automotive Engineers, Oxnard, CA, October 2015

Crash Data Retrieval User's Summit, CDR Summit, Houston, TX, January 2016

The World Reconstruction Exposition 2016 (WREX 2016), Orlando, Florida, May 2-6, 2016

Vehicle Crash Reconstruction Methods, SAE, 2016

TEAM Arizona, Skills Practice Series, Cornering, November 15, 2016

TEAM Arizona, Skills Practice Series, Hazard Avoidance, December 20, 2016

Advanced Photogrammetry for Collision Reconstruction, Lightpoint Scientific, LLC., January 2017

EDR Summit, Houston, Texas, March 6-8, 2017

California Superbike School - Level 1 & 2, Laguna Seca Raceway, April 18-19, 2017

**OTHER ACTIVITIES / PRESENTATIONS / AWARDS / CERTIFICATES**

Member of the Board of Directors for SATAI, 2008 to 2014
Chairman of the Board of Directors for SATAI, 2012 to 2014
President, SATAI, 2016 to 2017
Paper Reviewer for the Society of Automotive Engineers, Inc., Accident Reconstruction Group, 1996 to Present
FAA Drone Airman Certificate

**PUBLICATIONS**

"Effects of Outrigger Design on Vehicle Dynamics."  SAE Paper No. 940226.  Presented at the Society of Automotive Engineers, Inc., 1994 International Congress and Exposition, Detroit, Michigan, February 1994

"Error Analysis of Center-Of-Gravity Measurement Techniques."  SAE Paper No. 950027.  Presented at the Society of Automotive Engineers, Inc., 1995 International Congress and Exposition, Detroit, Michigan, February 1995

"Evaluation of Vehicle Velocity Predictions Using the Critical Speed Formula."  SAE Paper No. 950137.  Presented at the Society of Automotive Engineers, Inc., 1995 International Congress and Exposition, Detroit Michigan, February 1995

"Motor Vehicle Mass Property Envelopes."  SAE Paper No. 950165, February 1995.

"Effects of Passenger and Cargo Loading on a Motor Vehicle's Mass Properties."  *39th Annual Proceedings Association for the Advancement of Automotive Medicine,* Chicago, Illinois, October 1995.

"Evaluation of Experimental Restraints in Rollover Conditions." SAE Paper No. 952712.  Presented to the 39th Stapp Car Crash Conference, San Diego, California, November 1995

"Effects of Passenger and Cargo Loading on a Motor Vehicle's Mass Properties."  SAE Paper No. 952676.  Presented at the Society of Automotive Engineers, Inc., Winston-Salem, North Carolina, November 1995.

"Documenting Scientific Visualizations and Computer Animations Used in Collision Reconstruction Presentations."  SAE Paper No. 980018.  Presented at the Society of Automotive Engineers, Inc., 1998 International Congress and Exhibition, Detroit Michigan, February 1998

"Low Speed Acceleration of Heavy Trucks."  SAE Paper No. 980366.  Presented at the Society of Automotive Engineers, Inc., 1998 International Congress and Exhibition, Detroit Michigan, February 1998

"Vehicle Handling with Tire Tread Separation."  SAE Paper No. 1999-010-0120, Presented at the Society of Automotive Engineers, Inc., 1999 International Congress and Exhibition, Detroit Michigan, March 1999

"The Effects of Passenger and Cargo Load on Limit Handling Performance of a Mini-Van."  SAE Paper No. 1999-01-0450,  Presented at the Society of Automotive Engineers, Inc., 1999 International Congress and Exhibition, Detroit, Michigan, March 1999

"Low Speed Acceleration of the Freightliner FLD-120 Tractor Truck."  SAE 1999-01-0095

"Simulation of a Pedestrian/Automobile Crash." American Academy of Forensic Sciences, 52nd Annual Meeting Conference Proceedings - Abstract

"Properties of Passenger Car Tires with Tread Detachment." SAE Paper No. 2000-01-0697

"Low-Speed Acceleration of a Kenworth T2000 Tractor-Truck with Autoshift Transmission." SAE Paper No. 2000-01-0470

**INVITED LECTURES**

"Rollover Accident Reconstruction." presented at the Attorney's Information Exchange Group, Auto Focus, 1992 and 1993

"Accident Reconstruction Issues."  presented at Lewis and Roca Forum, Critical Claims Issues for the 1990's

<u>Car Crashes and Occupant Injuries</u>, Faculty Member, Association for the Advancement of Automotive Medicine, April 24-25, 1997, April 18 - 17, 1998, April 29 - 30, 1999, April 13 - 14, 2000

"Accident Reconstruction:  Simulation vs. Animation," Nevada Trial Lawyers Association, 1 CLE credit, August 20, 1997

"Accident Reconstruction and the Seat Belt Defense," Teilborg, Sanders and Parks, P.C., 1 CLE credit, November 20, 1997

"Heavy Truck Crash Reconstruction," SATAI Summer Conference, 2007

"Deposition Boot Camp," Federation of Defense & Corporate Counsel, 2014

**AFFILIATIONS**

Society of Automotive Engineers, Inc.
National Association of Professional Accident Reconstruction Specialists, Inc.
Southwest Association of Technical Accident Investigator